UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

JEROME L. GRIMES,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 8:26-cv-01931-HDV (JDE)

JUDGMENT

Pursuant to the Order of Dismissal, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

Dated: 8/17/26

HERNÁN D. VERA
United States District Judge